ACCEPTED
15-24-00108-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/15/2025 12:07 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00108-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/15/2025 12:07:26 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT AUSTIN, TEXAS

**REGINA CARSON,**
*Appellant*

v.

**BLUE CROSS BLUE SHIELD OF TEXAS, INC., a division of HEALTH CARE SERVICE CORPORATION, ANITA C. JOHNSON, YVONNE STERNADEL a/k/a VONNIE S., LAUREN COLLINS REESER OR LAURA M. MCCLELLAND a/k/a LORI, JANE CORDRAY a/k/a JANE, JASON RAMIREZ a/k/a JASON R., JENNIFER TRACEY a/k/a JENNIFER T., CHRISTOPHER FLINN a/k/a CHRIS, and TEACHERS RETIREMENT SYSTEM OF TEXAS d/b/a TEACHERS RETIREMENT SYSTEM OF TEXAS ACTIVECARE PLAN,**
*Appellees*

**From Cause No. CC-23-02212-E in the County Court at Law No. 5, Dallas County, Texas, Honorable Nicole Taylor, Presiding**

## APPELLANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE FIFTH COURT OF APPEALS:

COMES NOW, Regina Carson ("Appellant" or "Carson"), and files *Appellant's Second Unopposed Motion to Extend Time to File Appellant's Reply Brief*, and would show this Honorable Court as follows:

## I.
## BACKGROUND

Appellant's Reply Brief is due on January 16, 2025 based on this Court's letter of December 20, 2024. Appellant requests a second thirty (30) day extension until February 17, 2025.

No party opposes this extension.

## II.
## RELIEF REQUESTED

Appellant respectfully requests the Court grant her an extension until February 17, 2025 to file Appellant's Reply Brief. This is the second extension request sought for Appellant's Reply Brief.

## III.
## ARGUMENT AND AUTHORITIES

### A. The Law

Rule 10.5(b) of the Texas Rules of Appellate Procedure provides that a party may seek an extension of time to file its brief by complying with Rule 10.5(b)(1). *See Tex. R. App. P.* 38.6(d). A motion to extend time must include: (1) the deadline for filing the item at issue; (2) the length of the extension sought; (3) the facts relied on to support the request for an extension; and (4) the number of previous extensions granted. *See Tex. R. App. P.* 10.5(b)(1).

**B. Application of the Law to the Facts**

Appellant has complied with Rule 10.5(b)(1) and demonstrated good cause for an extension. Appellant's Reply Brief is currently due on January 16, 2025. Good cause exists for granting Appellant a thirty (30) day extension to February 17, 2025. Among other considerations, Plaintiff's counsel has been involved in the following matters:

1. Response to Motions for Summary Judgment, Motion for Continuance, and related matters in *Holbert v. Charles Noteboom, Brian Butcher, and Charles M. Noteboom, P.C. d/b/a Noteboom – the Law Firm*, Cause No. CC-24-01570-B, in the County Court at Law No. 2;

2. Significant motion practice including hearings in *Angela Vasquez, Individually and a/n/f to A.V., A.V., and D.V., Minors, v. Auto Club County Mutual Insurance Company d/b/a AAA Texas, Brittany Burks, and Alejandro Padilla-Villavicencio*, Cause No. CC-18-05739-C, in the County Court at Law No. 3;

3. Preparation of motion for writ of mandamus and request for stay in *Melissa Hollmann and Scot Hollmann v. Van Shaw v. Paul Kramer*, Cause No. 236-267402-13, in the 236th Judicial District of Tarrant County, Texas;

4. Preparation for trial including significant pretrial matters in *Stacey Jean Relton v. Lynn Pinker Hurst & Schwegmann, LLP & Michael K. Hurst*,

Cause No. DF-22-18203, in the 301st Judicial District of Dallas County, Texas; and

5. Preparation of motion to reconsider and mediation in *Dristi Shrestha v. Enya Hernandez Gonzalez*, cause No. CC-19-02805-E, in the County Court at Law No. 5 of Dallas County, Texas.

In addition to the foregoing, Carson's counsel spent time with out of town family including two of his daughters during the Christmas holidays.

The extension is not sought for delay, will not prejudice any party, and is made so that justice will be done. Appellees are unopposed to Appellant's extension request.

Appellant requests the Court grant her an extension until February 17, 2025 to file Appellant's Reply Brief.

**IV.**
**CONCLUSION**

Appellant has demonstrated good cause for the extension sought. Appellant's request should be granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Honorable Court grant her motion as requested herein and grant Appellant such other and further relief to which she is entitled.

Respectfully submitted,

By: */s/ Mark A. Ticer*
    Mark A. Ticer
    State Bar #20018900
    mticer@ticerlaw.com
    Jennifer W. Johnson
    State Bar #24060029
    jjohnson@ticerlaw.com

    **LAW OFFICE OF MARK A. TICER**
    10440 N. Central Expressway, Suite 600
    Dallas, Texas 75231
    (214) 219-4220
    (214) 219-4218 (FAX)

    *ATTORNEYS FOR APPELLANT*
    *REGINA CARSON*

## CERTIFICATE OF CONFERENCE

I hereby certify that I had a conference on January 14, 2025 with Appellees' counsel who graciously advised that they do not oppose an extension for filing Appellants' Reply Brief.

*/s/ Mark A. Ticer*
Mark A. Ticer

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record, *via e-file*, on this the 15th day of January 2025.

*/s/ Mark A. Ticer*
Mark A. Ticer

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Amerson on behalf of Mark Ticer
Bar No. 20018900
lamerson@ticerlaw.com
Envelope ID: 96249487
Filing Code Description: Motion
Filing Description: Appellant's Second Unopposed Motion to Extend Time to File Appellant's Reply Brief
Status as of 1/15/2025 12:40 PM CST

Associated Case Party: Blue Cross Blue Shield of Texas, Inc., an unincorporated division of Health Care Service Corporation, a Mutual Legal Reserve Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alan York | | ayork@reedsmith.com | 1/15/2025 12:07:26 PM | SENT |
| Scott Williams | | scott.williams@reedsmith.com | 1/15/2025 12:07:26 PM | SENT |
| Martin Bishop | | mbishop@reedsmith.com | 1/15/2025 12:07:26 PM | SENT |
| Cheryl Blount | | cblount@reedsmith.com | 1/15/2025 12:07:26 PM | SENT |

Associated Case Party: ReginaCarson

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brooke Bailey | | bbailey@ticerlaw.com | 1/15/2025 12:07:26 PM | SENT |
| Michelle Smith | | msmith@ticerlaw.com | 1/15/2025 12:07:26 PM | SENT |
| Mark Ticer | | mticer@ticerlaw.com | 1/15/2025 12:07:26 PM | SENT |
| Jennifer Johnson | | jjohnson@ticerlaw.com | 1/15/2025 12:07:26 PM | SENT |

Associated Case Party: Teachers Retirement System of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Thomas Bevilacqua | | thomas.bevilacqua@oag.texas.gov | 1/15/2025 12:07:26 PM | SENT |
| Troy Sager | | troy.sager@oag.texas.gov | 1/15/2025 12:07:26 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lisa Amerson on behalf of Mark Ticer
Bar No. 20018900
lamerson@ticerlaw.com
Envelope ID: 96249487
Filing Code Description: Motion
Filing Description: Appellant's Second Unopposed Motion to Extend Time to File Appellant's Reply Brief
Status as of 1/15/2025 12:40 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Carolyn James | | cjames@reedsmith.com | 1/15/2025 12:07:26 PM | SENT |
| Ana Falcon | | afalcon@reedsmith.com | 1/15/2025 12:07:26 PM | SENT |
| Charletta Dawson | | cdawson@reedsmith.com | 1/15/2025 12:07:26 PM | SENT |
| Callie Snider | | csnider@reedsmith.com | 1/15/2025 12:07:26 PM | SENT |